**Ronnie MILLER, a/k/a Brian Coles, Plaintiff–Appellant,**

v.

**BALTIMORE COUNTY DEPARTMENT OF CORRECTIONS, Defendant–Appellee.**

**No. 07–7430.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 20, 2007.

Decided: Dec. 28, 2007.

Ronnie Miller, Appellant Pro Se.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

**540**

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronnie Miller appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Miller's motion for appointment of counsel and affirm for the reasons stated by the district court. *Miller v. Baltimore County Dept of Corr.,* No. 1:07–cv–02329 (D.Md. Sept. 11, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*